IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED JUN 17 2015

| CURTIS RODNEY JONES, | : | |
|---|---|---|
| Petitioner, | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 14-1153 |
| STEVEN GLUNT, et al., | : | |
| Respondents. | : | |

## ORDER

HARVEY BARTLE, III, J.,

AND NOW, this 17th day of June, 2015, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DENIED.

3. There is <u>no</u> basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Harvey Bartle
HARVEY BARTLE, III, J.

ENTERED

JUN 17 2015

CLERK OF COURT