IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CURTIS JONES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SUPERINTENDENT GLUNT, et al. | : | NO. 14-1153 |

<u>ORDER</u>

AND NOW, this 8th day of July, 2015, upon careful and independent consideration of the petition of Curtis Jones for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley and the objections of Petitioner thereto, it is hereby ORDERED that:

(1)  The Report and Recommendation is APPROVED and ADOPTED;

(2)  the petition for habeas corpus is DENIED;

(3)  there is no basis for the issuance of a certificate of appealability; and

(4)  the motion of petitioner for relief from judgment or order (Doc. # 19) is DENIED as moot.

BY THE COURT:


/s/ Harvey Bartle III
                                                          J.